

NUMBER 13-08-00227-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

TEXAS YOUTH COMMISSION, EVINS
REGIONAL JUVENILE CENTER,

Appellant,

v.

EDUARDO R. ESTRADA,                              Appellee.

On appeal from the 206th District Court
of Hidalgo County, Texas.

# MEMORANDUM OPINION

**Before Justices Rodriguez, Garza, and Vela**
**Memorandum Opinion Per Curiam**

Appellant, Texas Youth Commission, Evins Regional Juvenile Center, perfected an

appeal from a judgment entered by the 206th District Court of Hidalgo County, Texas, in

cause number C-542-07-D.  Appellant has filed an opposed motion to dismiss its appeal.

More than ten days have passed, and appellee has not filed a response to the motion to dismiss. *See* Tᴇx. R. Aᴘᴘ. P. 10.3 (a).

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* Tᴇx. R. Aᴘᴘ. P. 42.1(a). Based on our review of the record, dismissal of the appeal would not prevent a party from seeking relief to which it would otherwise be entitled. *See id.* 42.1(a)(1). Accordingly, appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. Pending motions, if any, are likewise DISMISSED. Costs will be taxed against appellant. *See id.* 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Memorandum Opinion delivered and
filed this 12th day of June, 2008.

2